**In the Matter of Melvin STECKER,**
**Melvin Stecker, Appellant.**

**No. 16251.**

United States Court of Appeals
Third Circuit.

Argued May 4, 1967.

Decided May 22, 1967.

Certiorari Denied Nov. 6, 1967.

See 88 S.Ct. 290.

Ralph J. Kmiec, Camden, N. J., for appellant.

John P. Jehl, Camden, N. J. (Albert J. Scarduzio, Deputy Atty. Gen., in Charge, Camden County Prosecutor's Office, on the brief), for appellee.

Before STALEY, Chief Judge, and BIGGS and HASTIE, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

In this habeas corpus proceeding, appellant asserts that he was convicted in New Jersey of assault with intent to commit robbery in violation of the due process of law guaranteed to him "under the Sixth and Fourteenth Amendments to the United States Constitution." Appellant's contention is that alleged trial errors or irregularities, considered singularly or cumulatively, were of such magnitude as to deprive him of his rights to a fair and impartial trial by a fair and impartial jury. This same argument was presented by appellant on an unsuccessful appeal from his conviction to the Appellate Division of the Superior Court of New Jersey, and on his application for certiorari to the Supreme Court of New Jersey. The district court independently considered these grounds at a full hearing and rejected appellant's arguments in a well-considered opinion, 271 F.Supp. 406, with which we are in complete accord.

The order of the district court will be affirmed.

**VIRGINIA ELECTRIC AND POWER COMPANY, Appellant,**

v.

**SYSTEM COUNCIL NO. U–1, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, Appellee.**

**VIRGINIA ELECTRIC AND POWER COMPANY, Appellee,**

v.

**SYSTEM COUNCIL NO. U–1, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, Appellant.**

**Nos. 11299, 11300.**

United States Court of Appeals
Fourth Circuit.

Argued June 22, 1967.

Decided July 18, 1967.

Francis V. Lowden, Jr., Richmond, Va. (George D. Gibson and Paul M. Thompson, and Hunton, Williams, Gay, Powell & Gibson, Richmond, Va., on brief), for Virginia Electric & Power Co.

W. Cullen Mac Donald, Norfolk, Va. (Henry E. Howell, Jr., and Howell, Anninos & Daugherty, Norfolk, Va., on brief), for the Brotherhood.

Before HAYNSWORTH, Chief Judge, and BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

For the reasons stated by him in open court, we think the District Judge properly ordered enforcement of the arbitrator's award, but denied an award of attorneys' fees to the Union. In this court, the case is in the same posture; the employer's contention is not so lacking in substance as to warrant our taxing to it the Union's attorneys' fees.

Affirmed.